# United States District Court
# Eastern District of Pennsylvania

In the Matter of the Seizure of
All Funds stored in Fifteen (15) Amazon Customer Accounts detailed in Attachment A and totaling $159,496.57

: **APPLICATION FOR A WARRANT TO SEIZE**
: **PROPERTY SUBJECT TO FORFEITURE**
:
: Case No. 16-MJ-249
:
:

    I, Special Agent Geoffrey Gordon, a federal law enforcement officer, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the Western District of Washington constitutes proceeds of a conspiracy to operate an illegal internet gambling operation in violation of 18 U.S.C. §§ 371, 1084 and 1343, and/or were involved in a conspiracy to commit money laundering in violation of 18 U.S.C. sections 1956(a)(1) and 1956(h) or traceable to such property; and are therefore subject to seizure and forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) & (C), 18 U.S.C. § 982(a)(1) & (2)(B), and 28 U.S.C. 2461. I submit this seizure warrant pursuant to 18 U.S.C. § 981(b) and 21 U.S.C. § 853(f), incorporated by 18 U.S.C. § 982(b)(1) or 28 U.S.C. § 2461(c).

---

All Funds stored within Fifteen (15) Amazon Customer Accounts detailed in Attachment A and totaling $159,496.57

---

    The Application is based on these facts:

---

    X   See Affidavit of **Special Agent GEOFFREY GORDON** Attached.
    ☐   Continued on the attached sheet.

---

_____
Applicant's Signature

GEOFFREY GORDON, HSI SPECIAL AGENTS
Printed Name and Title

Sworn to before me and signed in my presence.

3/2/16   10:15 A.M.
Date and Time Issued

_____
Judge's Signature

PHILA., PA
City and State

Hon. MARILYN HEFFLEY, US Magistrate Judge
Printed Name and Title

16-249

# AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT

## I. Affiant

1. I, Geoffrey Gordon, am a Special Agent with Homeland Security Investigations (HSI), Department of Homeland Security. I have been a HSI Special Agent since 2009. I have been a Special Agent for the government since 2006 and participated in numerous criminal investigations of financial crimes and money laundering. Prior to becoming a Special Agent I was a Certified Public Accountant (CPA) licensed in Pennsylvania and received a Bachelor's Degree in Accounting from Pennsylvania State University.

2. As a HSI Special Agent I am currently assigned to the Special Agent in Charge, Philadelphia, Pennsylvania Financial Investigations Group. In this capacity I am charged with investigating violations of the Money Laundering Control Act of 1986, Bank Secrecy Act, the USA Patriot Act of 2001 and other financial crimes. I have received specific training in investigations of financial crimes and money laundering and obtained search warrants and seizure warrants as well as Title III wire intercept orders, based on money laundering violations. I have been admitted and testified as an expert in money laundering in Pennsylvania Common Pleas Court.

## II. Purpose of Affidavit.

3. This Affidavit is submitted in support of a seizure warrant for the value stored within fifteen Amazon Customer Accounts listed in Attachment A, including but not limited to the account balance and any frozen or restricted funds.

4. For the following reasons, your affiant submits that there is probable cause to believe that the funds stored in the Amazon Customer Accounts listed in Attachment A constitute the proceeds of and/or are involved in a conspiracy to operate an illegal internet gambling operation in violation of Title 18 U.S.C. § 371 (conspiracy), § 1084 (illegal gambling), and § 1343 (wire fraud), and property were involved in a conspiracy to commit money laundering in violation of 18 U.S.C. sections 1956(a)(1) and 1956(h) or traceable to such property; and are therefore subject to seizure and forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C), 18 U.S.C. 982(a)(1) and (2)(B), and 28 U.S.C. 2461.

## III. Applicable Forfeiture Law

5. Title 18, United States Code, Section 981(a)(1)(C) provides for civil forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to any offense constituting "specified unlawful activity," or a conspiracy to commit such offense. Specified unlawful activity is defined at 18 U.S.C. § 1956 (c) (7) to include the operation of an illegal gambling business in violation of 18 U.S.C. § 1084, as well as wire fraud in violation of 18 U.S.C. § 1343. Title 28, United States Code, Section 2461(c) provides for criminal forfeiture of any property subject to civil forfeiture.

6. Title 18, United States Code, Sections 981(a)(1)(A) and (C) provide in part for civil forfeiture of any property, real or personal, which has been involved in a transaction or attempted transaction which violates 18 U.S.C. § 1956 (money laundering), or any property traceable to such property.

7.  Title 18, United States Code, Section 982(a)(1) provides for criminal forfeiture of any real or personal property involved in a money laundering offense in violation of 18 U.S.C. §1956, and any property traceable thereto.

## IV. Affiant's Basis for Probable Cause

8.  The information provided in this affidavit is based on my personal knowledge and observations made during the course of this investigation; information conveyed to me by others, including law enforcement and private sector officials, my review of records, documents, and other evidence obtained during this investigation; and interviews I conducted during this investigation.

9.  This affidavit contains information necessary to support probable cause for this application and does not contain every material fact that I have learned during the course of this investigation; however, no information known to me that would tend to negate probable cause has been withheld from this affidavit.

## V. Background on Offshore Internet Gambling

10.  The Unlawful Internet Gambling Enforcement Act of 2006, Title 31 U.S.C § 5361 et seq. was signed into law, prohibiting knowingly accepting payments in connection with the participation of another person in a bet or wager that involves the use of the Internet and that is unlawful under any federal or state law. This statute further strengthened restrictions on online gambling, including the Federal Wire Act, Title 18 U.S.C § 1084, which prohibits electronic transmission of information for sports betting across telecommunications lines. As a result of this new law various international financial institutions began to prohibit their customers from using their accounts to make payments to online gambling websites. Further, laundering of money derived from violations of Title 18 U.S.C § 1084 is prohibited under 18 U.S.C. sections 1956(a)(1).

## VI. Amazon Payments

11.  Amazon Payments, Inc. is a wholly-owned subsidiary of Amazon.com, Inc. ("Amazon.com"). Its primary businesses include providing an electronic commerce platform for sellers as well as payment processing for Internet-based merchants. With Amazon.com, retail customers can purchase goods from Amazon as well as third party Sellers vending on Amazon.com. Amazon.com is an Internet-based service and, as such, does not accept currency. One of the payment methods which Amazon.com accepts are Amazon Gift Cards (AGCs).

12.  AGCs can be purchased online by ordinary retail customers through the Amazon website or through online re-sellers. AGCs can also be purchased at physical retail stores through third-party vendors. AGCs may be redeemed for purchases on Amazon.com during the checkout process, and function like most gift cards as a form of stored value, similar to traditional currency. Each AGC is assigned a unique identifying code known as the Gift Card ID.

13.  AGCs may also be claimed by a customer and saved in the customer's account for later use by loading the AGC's unique Gift Card ID into the customer's gift card funds balance (AGC balance). Any number of AGCs can be claimed to a customer account's AGC balance and later redeemed for purchases on Amazon.com, but Amazon imposes limits on the maximum value of a single AGC is $2,000.00 and permits individuals to purchase no more than $10,000.00 in AGCs per day.

14.  Amazon Payments' Customer Agreement requires that users of its services, which includes the use of AGCs, "at all times adhere to all law applicable to your use of the Service...," prohibits users who

"act as a payment intermediary, aggregator or service bureau or otherwise resell the Service on behalf of any third party, including without limitation the handling, processing, and transmission of funds for any third party...," and prohibits use of its services for specified activities including "Gambling Businesses — includes online gambling (including poker), lotteries (including sale of lottery tickets), games of chance (including sweepstakes and raffles), sports forecasting, or odds-making.[1]"

## V.  5DIMES

15.     5DIMES is an internet gambling company, which maintains a website, www.5Dimes.eu accessible from the U.S. According to the website 5DIMES is an internet-based sports gambling enterprise located in Costa Rica, which caters to the U.S. sports gambling market, offering wagers on U.S. sporting events, such as the Super bowl, the NBA Championships and the World Series, in U.S .dollars. As an off-shore gambling company serving U.S. bettors, 5DIMES is violating Title 18 U.S.C § 1084. Your Affiant has spoken to U.S. customers of 5DIMES who have placed wagers online via 5DIMES and learned that a U.S. customer can easily register with 5DIMES, fund their wagering account and place bets.

16.     The payment methods commonly used by consumers to conduct online financial transactions, such as credit and debit cards, are unavailable to 5DIMES as an illegal online gambling website, under the Unlawful Internet Gambling Enforcement Act of 2006 and other federal laws. This prohibition creates a significant problem for 5DIMES and its U.S. bettors, who desire to place wagers via 5DIMES and collect their winnings. Your Affiant has reviewed the 5DIMES website and found that it offers multiple alternatives for bettors located in the U.S. to fund their wagering account in order to evade federal regulations. In the "About Us" section of the 5DIMES website, the following question and answer is posted:

> "*Q: Do you have staff located in the U.S. who can take my money and pay me my winnings?*
>
> *A: All transactions take place outside of the United States. Funds can be sent to you in a variety of ways. Visit our Funding Methods page for more information. Your funds can arrive right at your doorstep or in your bank account.*"

17.     The 5DIMES website indicates that for many of the funding methods offered to its bettors 5DIMES charges a fee. One of the few such funding methods that 5DIMES does not impose a fee to U.S. gamblers to deposit or withdrawal funds from their wagering accounts is using AGCs. The 5DIMES website describes AGCs as "*redeemable toward millions of items at Amazon.com, have no fees, and never, ever expire!*" The website instructs bettors wishing to use AGCs to fund their accounts as follows:

> "*In order to make an Amazon GC deposit, you must email your deposit details, including a clear front and back photograph of your Amazon Gift Card with the 15 digit code scratched. Please attach a picture of the Amazon GC purchase receipt as well. Amazon GC deposits are generally credited to your account within 45 minutes of receiving the email. Emails received with blurry images will not have the funds credited.*"

18.     The website also indicates:

---

[1] Amazon Payments Customer Agreement, Updated October 30, 2015, https://payments.amazon.com/help/6019, and Amazon Payments Acceptable Use Policy, Updated February 8, 2014, https://payments.amazon.com/help/6023, both accessed on January 28, 2016.

> "We accept Amazon GC purchased directly at the stores with CASH ONLY. Click here to find participating retailers. Electronic gift cards purchased online or gift cards purchased with credit/debit cards at a retail store will not be accepted under any circumstances."

19. This cash only policy is unusual and prevents purchasing AGCs with a credit card. Your Affiant knows that by limiting the AGCs to those acquired with cash only, 5DIMES creates conceals the original source of the gift cards and prevents scrutiny by U.S. credit card processors.

20. The 5DIMES website offers the following directions for bettors wishing to withdraw via AGCs:

> "How to redeem funds from your 5Dimes account using Amazon Gift Cards
>
> Payouts can be processed to your Amazon account in amounts of $50 up to $1000 (higher amounts might be available). Gift card codes for your Amazon account will commence to be available the same day. In order to receive detailed instructions to cash out through this method, please email.
>
> Please keep in mind that once the payout is processed there is no possibility of payout revokes or cancellation of the transactions.
>
> Now, all customers can take advantage of the Amazon 10% Extra Bonus Payouts! Request an Amazon Payout and receive 10% more in your Amazon account than what you have deducted in your sports account! A redemption of $45 will receive $50 in their Amazon account. A redemption of $9,000 will receive $10,000 in their Amazon account."

21. Your Affiant notes that 5DIMES incentivizes withdrawals using AGCs, by not charging a withdrawal fee and offering a 10% premium on such withdrawals, which I believe indicates that 5DIMES prefers this method over others.

22. On December 22, 2015 Your Affiant viewed a post on the internet forum www.therxforum.com, which is a sports betting website. The post is as follows:

> "just seen that 5dimes is now offering a amazon gift card payout option.. the site says payouts range from $50 to $1000... whats whack about it is your cash gets credited to your amazon account and you can only spend it on amazon.com ... I just got off a live chat with tony and he kept telling me its good because 'uncle sam' has no clue & can't track it & so on... if I was able to purchase mastercard or visa prepaid gift cards off amazon, I'd think about it, but for the life of me I can't fian any to purchase! Its all gift cards to specific stores & what not. Has anybody ever been able to purchase a prepaid gift card off there before? If not, im just going to ignore this payout method, I don't want my money tied up on amazon.com"

23. Your Affiant believes this is a discussion of 5DIMES use of AGCs and contained a reference to concealing such activity from the U.S. authorities.

## VIII. The Investigation

24. HSI is investigating an international money laundering organization operating in Central America and the U.S. The investigation has revealed that this organization has developed a complex money laundering network whose primary purpose appears to be to evade federal laws prohibiting online gambling and money laundering.

25. In summary the investigation has determined that 5DIMES has developed an alternative to the traditional online financial payment methods, which is unavailable to 5DIMES under federal law, in order to operate its illegal betting operation in the U.S. This illegal alternative relies on the use of AGCs,

in violation of Amazon's terms of service. Based on contacts with U.S. customers of 5DIMES, and evidence presented in this affidavit, Your Affiant believes that 5DIMES illegal use of AGCs for wagering operates as follows:

    a.    First a U.S. bettor funds their online 5DIMES wagering account by anonymously purchasing AGCs from physical retailers in the U.S. using cash and sends the unique AGC Gift Card ID for the purchased card via email to 5DIMES.

    b.    Once this information is received, 5DIMES verifies the information and adds the AGC to one of several nominee Amazon accounts it controls, effectively depositing the funds in violation of 31 USC 5363.

    c.    Next 5DIMES will then credit the U.S. bettor's wagering account accordingly. The U.S. bettor may now place online wagers using these funds via 5DIMES's website. If the bettor wishes to "cash-out" and withdraw funds from 5DIMES, arrangements will be made to transfer AGCs from one of 5DIMES's nominee Amazon accounts to the bettor's Amazon account. Alternatively the bettor may select merchandise from Amazon, which 5DIMES will purchase using AGCs from one of 5DIMES's nominee Amazon accounts, and ship directly to the bettor, deducting the value of the merchandise from the bettor's wagering account.

    d.    In addition to using the AGCs to "cash-out" bettors, the investigation has determined that the AGCs held in the 5DIMES's nominee Amazon accounts are also used to purchase merchandise used to operate and promote 5DIMES's illegal gambling operation, and used to purchase merchandise as form of payment to individuals associated with 5DIMES.

26.    Under this money laundering scheme, 5DIMES relies on the use of nominee Amazon accounts to receive and send AGCs with its U.S. bettors, as well as purchase merchandise from Amazon as payment to bettors and employees or for 5DIMES operation. The investigation has identified several nominee Amazon customer accounts used by 5DIMES, including the fifteen Amazon customer accounts listed in Attachment A. Your Affiant believes these accounts are controlled by 5DIMES and its criminal associates, based on evidence laid out in this affidavit. In total 15,611 AGCs worth $1,878,003.90 were added to the nominee Amazon accounts controlled by 5DIMES and its criminal associates relevant to this affidavit, as summarized in the below table. The AGCs and their value which comprise the total funds in the fifteen Amazon customer accounts are detailed in Attachment B:

| Amazon Accounts Associated with 5DIMES ||
| Customer Account Number and Name | Total AGC Value Added to Account |
|---|---:|
| GC Lover | $ 882,489.03 |
| Diego Alfaro Esquivel | $ 326,330.00 |
| Blue Iguana | $ 185,187.25 |
| Ellen McCormack | $ 93,633.32 |
| Alea Burke | $ 94,719.04 |
| Ricardo Calderon Perera | $ 84,490.00 |
| Sonia Mora Navarro | $ 69,606.00 |
| Hao Quan Wu | $ 28,851.00 |
| Sheyni | $ 26,457.26 |
| Uzoma Iquagwu | $ 20,185.00 |
| Allan | $ 14,251.00 |
| Allan | $ 12,395.00 |
| Kevin Chacon | $ 20,240.00 |
| Tony | $ 17,170.00 |
| Sharavan | $ 2,000.00 |
| Total AGC Value Added to All Accounts | $ 1,878,003.90 |

### GC LOVER Amazon Account

27.  As evident in the above table the nominee Amazon customer account used by 5DIMES with the largest value of AGCs added to the account is named "GC LOVER." The GC LOVER Amazon account was opened on August 28, 2012.

28.  A review of the GC LOVER account activity shows that since the account was opened in 2012 it has been funded solely with AGC deposits. A total of 9,304 AGCs valued at a combined $882,489.03 have been deposited into the account. All but 1,212 of these AGCs, a total value of $117,467.70 were spent. All of the AGCs loaded to the GC LOVER account were purchased at third-party retailers. Based on my training and experience as well as conversations with Amazon employees, the sheer number and value of AGCs loaded to the GC LOVER account is highly suspicious. The high number and value of the AGCs coupled with the fact that all the AGCs were purchased at third-party retailers, strongly suggests that they were deliberately purchased to conceal the source of funds used to purchase the AGCs and/or disguise the purchaser of the AGCs, which I believe is consistent with the instructions provided by 5DIMES to its U.S. customers listed on the 5DIMES website.

29.  . Once received, the GC LOVER account used the value of the suspicious AGC deposits to conduct approximately 1,113 orders for consumer goods from Amazon.com. Among the items purchased and then shipped to over 100 addresses throughout the United States, were jewelry, electronics, apparel and video games. Examples include a gold Tiffany bracelet costing $4,160 shipped to a person with no apparent connection to 5DIMES, in Las Vegas, NV, a luxury handbag costing over $2,000 shipped to another person with no apparent connection to 5DIMES in New York, and a camera costing $199 shipped to a third person with no apparent connection to 5DIMES in North Carolina.

30.  Based on these facts and my training and experience, Your Affiant believes these goods were purchased using the proceeds of 5DIMES illegal internet gambling operation and were payments sent to 5DIMES bettors who wanted to "cash-out" their gambling winnings, since 5DIMES does not have access to the traditional U.S. financial system.

31. The GC LOVER account also used the value of the AGC deposits to conduct over 600 orders from Amazon from August 2012 through September 2015 for products which were then shipped to a freight forwarder address in Miami, FL. Many of these products are items which would be expected to be found in an internet business office, such as over 200 office style chairs totaling over $100,000, over 50 TVs costing in excess of $40,000, and thousands of dollars in computers and other electronics. Other items the GC LOVER account purchased using the value of the AGCs and which were shipped to the freight forwarder are luxury items. These include three high-end coffee makers costing in excess of $16,000, four massage chairs totaling over $30,000 and a mink coat for $8,795. Two money counters costing over $1,100 and two safes were also purchased by the GC LOVER account, using the value of the AGCs, and shipped to the freight forwarder.

32. The freight forwarder which received GC LOVER's purchases is in Miami, FL. Internet searches reveal that the shipping address of the freight forwarder is the location of Ocean Air Cargo, a freight forwarding company whose website indicates it ships exclusively from the U.S. to Costa Rica.

33. Based on these facts and my training and experience, Your Affiant believes that the goods purchased by GC LOVER and shipped to the freight forwarder were actually re-shipped to Costa Rica, the location of 5DIMES and that believes these goods were purchased by 5DIMES using the proceeds of 5DIMES's illegal internet gambling operation and were used for the operation of the illegal business or criminal profits taken out of the business by its operators.

34. The Amazon.com reports that the Internet Protocol or IP[2] information logged by Amazon.com for the GC LOVER account indicates the GC LOVER Amazon account is accessed from Costa Rica via the internet domain[3] "serviciosdeapuestas.com/Red_Planet_S.A." This domain is connected to hundreds of web domains, nearly all of which contain references to gambling or the name '5Dimes' .com. An internet Spanish translator indicates that "servicios de apuestas" translates to "betting services."

35. On August 31st, 2015 the GC LOVER Amazon account placed an order on Amazon.com for 50 hooded sweatshirts which were custom silk-screened with a corporate logo. According to Amazon.com the logo was that of 5DIMES. The sweatshirts were shipped to the Miami address of the Costa Rica freight forwarder.

36. In addition to the purchases detailed above the GC LOVER account purchased three rare gold coins on Amazon.com which were shipped to Pennsylvania. Between August 13, 2015 and September 9, 2015, the GC LOVER account attempted to purchase six rare gold coins with a total value of $483,000. Amazon blocked $315,000 of these purchases due to automated internal Amazon rules, and the orders were canceled before the coins were shipped. The AGC funds used for those cancelled purchases were returned to GC LOVER account. GC LOVER was able to successfully purchase three rare gold coins costing $168,000.00, using AGC funds and the coins were shipped to Allison STAWARZ, at 666 Scrubgrass Rd, Pittsburgh, PA 15243. On May 28, 2015 the GC LOVER account purchased a 219 pound safe from Amazon.com, using AGCs, which was also shipped to STAWARZ at the same address. The safe cost over $700 with shipping.

37. The address the safe and gold coins were shipped to is owned by STAWARZ according to property records and the address is listed on STAWARZ's PA driver's license. An online obituary[4] from 2008 for Marianne Creighton, lists among her survivors "her only son, Sean Creighton and companion Allison Stawarz of Morgantown, W.VA." Law enforcement databases indicate that Sean CREIGHTON

---

[2] An Internet Protocol address (IP address) is a unique numerical label assigned to each device (e.g., computer, printer) participating in a computer network.

[3] A domain name is used to identify a device or service connected to the internet.

[4] http://www4.vindy.com/extra/tributes/915393071.html accessed January 7, 2015

has been linked to 5DIMES and may be the owner of 5DIMES. CREIGHTON and STAWARZ were co-owners of a property located in Morgantown, WV which they sold in 2012.

38. Based on these facts Your Affiant believes that CREIGHTON and STAWARZ are connected to each other and 5DIMES.

39. Amazon conducted an internal review of the GC LOVER account, and after determining that the account was in violation of Amazon.com's Customer Agreement and Acceptable Use Policy, Amazon.com closed the GC LOVER account, blocking any further transactions, and froze the remaining value of the AGCs in GC LOVER. The value of the AGCs which has been frozen in GC LOVER are listed in detail in ATTACHMENT A.

40. Based on (1) the source of the AGCs added to the GC LOVER Amazon account, which is consistent with the instructions on the 5DIMES website on using cash to purchase AGCs to fund player accounts; (2) the IP information for the GC LOVER account which indicates the account is accessed in Costa Rica; (3) the connections between the domain used by the GC LOVER account with 5DIMES; and (4) the shipment of purchases made by the GC LOVER account, including sweatshirts with the 5DIMES logo to a freight forwarder which exclusively ships cargo to Costa Rica, Your Affiant believes there is probable cause that the GC LOVER Amazon.com account is a nominee account controlled by 5DIMES and used as part of its illegal gambling and money laundering operation, and that the value of the 1,212 AGC deposits totaling $117,467.70 remaining in the GC LOVER account, listed in detail in ATTACHMENT A, are proceeds of these illegal activities.

## Other Amazon Accounts Associated with 5DIMES

41. Based on the aforementioned evidence, Your Affiant believes the GC LOVER account is a nominee account controlled by 5DIMES. In addition to the GC LOVER Your Affiant believes the fourteen other Amazon customer accounts presented in the above table are also nominee accounts controlled by 5DIMES. These additional fourteen Amazon customer accounts (the "RELATED ACCOUNTS") are strongly associated with the GC LOVER account, based on shared characteristics, including (1) AGC transfers among and between the GC LOVER account and the RELATED ACCOUNTS; (2) common sign-in events; and (3) purchases shipped to common addresses.

42. A review of the RELATED ACCOUNTS' activity shows that since the accounts were opened in 2012 they have been funded solely or primarily with AGC deposits. A total of 6,307 AGCs valued at a combined $995,514.87 have been deposited into the RELATED ACCOUNTS. All but 363 of these deposited AGCs, with a total value of $42,028.87, were spent.

43. The RELATED ACCOUNTS have common sign-in events with the GC LOVER account which strongly suggest the RELATED ACCOUNTS are associated. Specifically the RELATED ACCOUNTS share unique browser cookies[5] with the GC LOVER account. According to Amazon.com, customer accounts share unique browser cookies when they have signed-in to Amazon.com from the same computer. Using the same computer to access Amazon.com further suggests the RELATED ACCOUNTS are associated.

44. Analysis of the RELATED ACCOUNTS by Amazon.com indicates that, like the GC LOVER account, these accounts also possess large pools of funds sourced by the AGC deposits, and conduct transactions in a manner similar to the GC LOVER account. Specifically, as observed in GC LOVER's

---

[5] A cookie also known as a HTTP cookie is a simple computer file which are often used by websites to track users and record data about the user's activities. Cookies are usually sent by a website to a user's computer and stored on that computer.

account, the AGCs deposited into the RELATED ACCOUNTS originate from third-party, non-internet businesses with physical presences and are redeemed for a wide variety of purchases, which are shipped to a large number of seemingly unrelated addresses throughout the U.S., including several international re-shippers in South Florida. Though the RELATED ACCOUNTS infrequently made Amazon.com purchases using a credit card, and predominately funded their purchases with AGCs, several of the RELATED ACCOUNTS did have credit cards listed in their accounts. Amazon.com records indicate that these credit cards frequently originated from Costa Rica, the location of 5DIMES.

45. Additionally IP information for all of the RELATED ACCOUNTS show that all have signed-in to Amazon.com from Costa Rica using the 'serviciosdeapuests.com/Red_Planet_S.A.' domain, the same domain associated with 5DIMES and GC LOVER.

46. The RELATED ACCOUNTS have also made purchases of high-end products which were shipped to individuals who also received shipments of merchandise purchased from Amazon by the GC LOVER account. For instance, an unlocked iPhone and a gaming laptop purchased by two of the RELATED ACCOUNTS were shipped to Allison STAWARZ, the recipient of the gold coins and 219 pound safe purchased by the GC LOVER account.

47. Another of the RELATED ACCOUNTS shipped Amazon merchandise to Ellen MCCORMACK c/o Sally CREIGHTON. The GC LOVER account shipped Amazon merchandise to Sean CREIGHTON c/o Sally CREIGHTON at the same address. As detailed above Sean CREIGHTON has been linked to 5DIMES and may be the owner of 5DIMES.

48. Four of the RELATED ACCOUNTS shipped Amazon merchandise to an individual in Maryland. This same individual also received Amazon shipments purchased by the GC LOVER account.

49. Amazon.com's review of the RELATED ACCOUNTS determined that the accounts were in violation of its terms of service because (1) they were suspected of operating, patronizing or otherwise aiding a criminal online sports betting/casino gambling enterprise, (2) they were associated with the GC LOVER account which redeemed AGCs determined to be the proceeds of fraud, and (3) the RELATED ACCOUNTS made high-value purchases using deposited AGCs. Based on these findings and after determining that the accounts were in violation of Amazon.com Gift Card Terms and Conditions, Amazon.com closed the RELATED ACCOUNTS, blocking any further transactions, and froze the 363 remaining value of the deposited AGCs in the RELATED ACCOUNTS. The value of the deposited AGCs in the frozen RELATED ACCOUNTS total $42,028.87, and are listed in detail in ATTACHMENT A.

50. Based on the commonalities with the 5DIMES nominee GC LOVER account, the connections to Costa Rica where 5DIMES is located and the connections to Allison STAWARZ, Your Affiant believes that the RELATED ACCOUNTS, like the GC LOVER account, are nominee accounts controlled by 5DIMES and used as part of its illegal gambling and money laundering operation, and that the value of the 363 AGC deposits totaling $42,028.87 remaining in the fourteen RELATED ACCOUNTS, listed in detail in ATTACHMENT A, are proceeds of these illegal activities.

### 5DIMES Criminal Activity in the Eastern District of Pennsylvania

51. 5DIMES's illegal off-shore gambling operation has customers all over the U.S. The investigation has identified several 5DIMES customers who funded their 5DIMES' wagering accounts and placed illegal bets via the internet while located in the Eastern District of Pennsylvania (EDPA). Additionally the investigation has identified shipments of merchandise from Amazon, which were purchased by 5DIMES, using AGCs held in 5DIMES's nominee Amazon accounts and shipped to locations in the

EDPA. Among these were shipments made to addresses in Montgomery, Chester, Philadelphia, Delaware and Bucks counties. One of the recipients was arrested in 2009 in Bucks County for state gambling violations.

52. One of these EDPA recipients, "GAMBLER 1", received five Amazon shipments from 2014 through 2015 which were delivered to GAMBLER 1's residence in the EDPA. All five of these shipments were purchased by the Amazon account in the name of Sonia Mora NAVARRO, which Your Affiant believes is one of 5DIMES's nominee account and is included in the RELATED ACCOUNTS. Your Affiant interviewed GAMBLER 1 in January 2016. GAMBLER 1 confirmed that he received five Amazon shipments which were purchased using AGCs totaling less than $1,000 in 2014 and 2015, at his residence in the EDPA. GAMBLER 1 indicated that these products were shipped to him by 5DIMES. GAMBLER 1 explained that 5DIMES is an "off-shore betting site" and that he placed thousands of dollars in sports wagers until he quit the site after he realized he was becoming addicted. The Amazon shipments were prizes GAMBLER 1 won on 5DIMES. GAMBLER 1 provided three emails he received from 5DIMES documenting these Amazon shipments.

53. The first email is from April 2015 and was sent from info@5dimes.eu, with a subject containing "Fw: Betting Contest Prize." The email contained the following message:

> "Greetings,
>
> The purchase was already done and you should be receiving it in the next 10 days.
>
> Thank you for choosing us!
>
> Any further questions or assistance, please don't hesitate to contact us back.
>
> Best regards,
>
> Nicky
>
> 5Dimes Casino & Sportsbook
>
> Customer Service Department"

54. A review of Amazon records indicates that on the same date as the above email in April 2015, sent from an email account with the same domain name as the 5DIMES website, Amazon customer "Sonia Mora Navarro, ID # 16553025905" purchased merchandise using AGCs which was shipped to GAMBLER 1 at his residence in EDPA. The other two emails provided by GAMBLER 1 were consistent with the above email and were sent from the same email address in June 2015, regarding Amazon prizes he won. The emails correspond with a purchase made in June 2015 by Amazon customer Sonia Mora Navarro, ID # 16553025905, using AGCs which was shipped to GAMBLER 1 at his residence in EDPA.

55. Another EDPA recipient of merchandise from Amazon, which was purchased by 5DIMES, using AGCs held in 5DIMES's nominee Amazon accounts, "GAMBLER 2", received three Amazon shipments from August 2014 through October 2014. All three were delivered to GAMBLER 2's residence in EDPA. All three of these shipments were purchased by the Amazon account in the name of "Sonia Mora NAVARRO", which Your Affiant believes is one of 5DIMES's nominee accounts and is included in the RELATED ACCOUNTS.

56. Your Affiant interviewed GAMBLER 2 in February 2016. GAMBLER 2 confirmed that he received the three Amazon shipments which were purchased using AGCs totaling $155.95 in 2014, at his residence in EDPA. GAMBLER 2 indicated that these products were shipped to him by 5DIMES.

GAMBLER 2 explained that 5DIMES is an online sports betting website which he used to gamble for several years. GAMBLER 2 stopped using 5DIMES about six months ago when he ran out of funds. The Amazon shipments were prizes GAMBLER 2 won on 5DIMES.

### AGC Fraud Connected to the 5DIMES Nominee Amazon Accounts

57. In August 2015 Amazon.com identified an unrelated customer who claimed to have been the victim of an internet fraud scheme involving AGCs. The customer reported to Amazon.com that the customer tried to purchase concert tickets on a third-party website and was encouraged by the ticket seller to purchase a $200 AGC with cash from a non-internet business with a physical presence vendor and transmit that AGC's unique code as payment for the tickets. The customer agreed and upon sending the AGC's code, the ticket seller cut off communication with the customer and never sent the concert tickets. Amazon.com records show that the AGC in question was subsequently added to the GC LOVER account balance.

58. In September 2015 Amazon.com received another fraud complaint matching this pattern of AGC fraud from a second unrelated customer. Amazon.com records show that the AGC related to the second fraud complaint was subsequently claimed by the GC LOVER account. .

59. Amazon.com records indicate that the instructions received by both of these victims were nearly identical to those on 5DIMES' website regarding AGCs (http://www.5dimes.eu/PopUpsFromChart/gift-card-amazon.html). According to the 5DIMES website, the maximum dollar value of AGCs accepted for deposit per week is $200. Both AGCs identified in the two fraud complaints were valued at $200. Also on the 5DIMES website, 5DIMES bettors are instructed to purchase AGCs to fund their wagering accounts at third party vendors using cash, consistent with the instructions provided in the two frauds detailed above.

60. Based on this evidence, Your Affiant suspects that the unknown perpetrator of the unidentified fraud is a 5DIMES gambling customer who carried out the scheme in order to obtain AGCs to be credited to his or her 5DIMES wagering account balance.

61. As detailed above in paragraph 11, Amazon Payments' Customer Agreement requires that users of its services, including AGCs, "at all times adhere to all law applicable to your use of the Service...," prohibits users who "act as a payment intermediary, aggregator or service bureau or otherwise resell the Service on behalf of any third party, including without limitation the handling, processing, and transmission of funds for any third party...," and prohibits use of its services for specified activities including "Gambling Businesses — includes online gambling (including poker), lotteries (including sale of lottery tickets), games of chance (including sweepstakes and raffles), sports forecasting, or odds-making."

62. Based on the facts and evidence presented in this affidavit, Your Affiant believes that the 5DIMES Nominee Amazon Accounts were opened and operated by 5DIMES and its criminal associates contrary to Amazon's policies limiting third-party transmission of funds and prohibition on gambling, and that opening and operating the nominee accounts in such fashion constituted a fraud against Amazon, in violation of Title 18 Section 1343.

### IX. Out of State Warrants

63. Based upon my training and experience, I know that 18 U.S.C. section 981(b)(3) provides that "a seizure warrant may be issued ... by a judicial officer in any district in which a forfeiture action against the property may be filed under Section 1355(b) of title 28, and may be executed in any district in which the property is found...." According to 28 U.S.C. Section 1355(b), a forfeiture action may be brought in "the district court for the district in which any of the acts or omissions giving rise to the forfeiture

occurred...." Because 5DIMES is involved in a conspiracy to operate an illegal internet gambling and money laundering operation in which illegal bets were placed in the Eastern District of Pennsylvania and because proceeds of this conspiracy were shipped to the Eastern District of Pennsylvania, the forfeiture action can be brought in the Eastern District of Pennsylvania and the seizure warrants may be issued in the Eastern District of Pennsylvania.

### X.    Conclusion

64.    Based on the foregoing your affiant submits that there is probable cause to believe that the contents of the Amazon Customer Accounts listed in Attachment A constitute the proceeds of and/or are involved in a conspiracy to operate an illegal internet gambling operation in violation of 18 U.S.C. §§ 371, 1084 and 1343, and were involved in a conspiracy to commit money laundering in violation of 18 U.S.C. sections 1956(a)(1) and 1956(h) or traceable to such property; and are therefore subject to seizure and forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C), 18 U.S.C. 982(a)(1) and (2)(B), and 28 U.S.C. 2461.

GEOFFREY GORDON
Special Agent
Homeland Security Investigations

Sworn and subscribed before me
this 2nd day of March, 2016

BY THE COURT:

HONORABLE MARILYN HEFFLEY
*United States Magistrate Judge*